FILED

11/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0480

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. DA 20-0480

KYLE R. BABCOCK,

       Plaintiff/Appellant,

  vs.

CASEY'S MANAGEMENT, LLC

       Defendant/Appellee.

---

*ORDER GRANTING APPELLANT'S UNOPPOSED*
*FIRST MOTION FOR 30-DAY EXTENSION*
*OF TIME TO FILE OPENING BRIEF*

---

On Appeal from the Montana Eleventh Judicial District Court
Flathead County, Cause No. DV-19-075
Before Hon. Dan Wilson

---

Quentin M. Rhoades
Nicole L. Siefert
RHOADES SIEFERT &
ERICKSON PLLC
430 Ryman Street
Missoula, Montana 59802
Telephone: 406-721-9700
qmr@montanalawyer.com
nicole@montanalawyer.com
*For Appellant*

Reid J. Perkins
Sean M. Morris
WORDEN THANE P.C.
Attorneys at Law
321 West Broadway, Ste. 300
Missoula, MT 59802
rperkins@wordenthanye.com
smorris@wordenthane.com
*For Appellee Casey's Management, LLC*

Upon motion of Appellant Kyle Babcock, and for good cause shown,

IT IS HEREBY ORDERED that Appellant's motion is GRANTED. Appellant shall have up to and including January 4, 2021, in which to file his Opening Brief.

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 27 2020